AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Adalberto Calixto Tolentino | ) | Case No.  2:25-mj-34 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 23, 2024  in the county of  Muskingum  in the Southern District of Ohio, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Transporting Illegal Aliens |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference.

☑ Continued on the attached sheet.

BRANDON G EDWARDS
*Digitally signed by BRANDON G EDWARDS*
*Date: 2025.01.24 10:14:03 -05'00'*

*Complainant's signature*

HSI SA Brandon Edwards
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/24/2025

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura, US Magistrate Judge
*Printed name and title*